Gordon K. Konrad, Gretna, La., John M. Mamoulides, Metairie, La., for respondents-appellants.

Samuel S. Dalton, New Orleans, La., for petitioner-appellee.

Before BELL, AINSWORTH and GODBOLD, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1]

Homer A. Houchins, Jr., Smith, Cohen, Ringel, Kohler, Martin & Lowe, Atlanta, Ga., for defendants-appellees.

Before BELL, AINSWORTH and GODBOLD, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1]

**Mabel D. GARDNER, Plaintiff-Appellant,**

v.

**J. M. and Mary CRAIN, Defendants-Appellees.**

No. 30487

Summary Calendar.*

United States Court of Appeals, Fifth Circuit.

May 19, 1971.

Rehearing Denied June 10, 1971.

**James H. MOORE, Appellant,**

v.

**Milton A. BUCK, Assistant Prosecutor of Essex County Superior Court at New Jersey.**

No. 19294.

United States Court of Appeals, Third Circuit.

Submitted on Briefs May 3, 1971.

Decided May 12, 1971.

---

1. See NLRB v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966.

* Rule 18, 5 Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir., 1970, 431 F.2d 409.

1. See NLRB v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966.